**EXHIBIT A:**

**NORTHROP GRUMMAN'S LETTER MOTION RE *LONE PINE* ORDER**

**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

March 4, 2019

Writer's Direct Contact
+1 (212) 336.4257
jkaufman@mofo.com

<u>Via ECF</u>

The Honorable Denis R. Hurley
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re:     *Romano v. Northrop Grumman Corporation et al.*, No. 16-cv-05760 (E.D.N.Y.)

Dear Judge Hurley:

On behalf of Northrop Grumman Corporation and Northrop Grumman Systems Corporation
(collectively, "Northrop Grumman"), and pursuant to Section 3 of the Court's Individual Motion
Practices and Rules, we respectfully request that this Court exercise its authority under Federal
Rule of Civil Procedure ("Rule") 16(c)(2)(L) to enter a modified case management order
requiring Plaintiffs to demonstrate exposure to hazardous substances and to substantiate the
causation element of their claims before this action proceeds further.

**1.  Plaintiffs' Own Test Results Show No Contamination on Their Properties.**

Plaintiffs filed this action based on certain test results that allegedly showed "elevated levels of
toxic contaminants and industrial solvents," on and/or underneath their properties, including
volatile organic compounds and industrial solvents such as trichloroethylene ("TCE") rising
from a groundwater "plume" originating from Northrop Grumman and the Navy's historic
operations in Bethpage.  (SAC ¶¶ 127, 130, 133, 136, 139, 142, 145, 148 and 153.)[1]  Northrop
Grumman served its First Request for Admission ("RFA No. 1"), asking Plaintiffs to admit the
accuracy of the those test results, which—contrary to the allegations in the SAC— revealed that
samples of soil gas taken eight feet below the surface on each property tested show that *none* of
the substances listed in the SAC were detected on Plaintiffs' properties as alleged.  Specifically,
those results show *no* TCE or any TCE breakdown products in soil gas; *no* polychlorinated
biphenyl (PCBs) detected in soil; and *no* other substances identified in the SAC "at concentration
levels in excess of federal and/or state regulatory limits." (*Id.* at ¶ 99.)[2]  After asserting baseless

---

[1] Northrop Grumman sought in the first instance to move to dismiss the Second Amended Complaint ("SAC") for
failure to plausibly allege causation in addition to failure to allege timely claims. (Dkt. No. 37.) This Court deferred
the proposed causation ground, permitting Northrop Grumman to renew it, if needed, after the timeliness motion
was decided. (Order re: Dkt. Nos. 37-39, June 29, 2018.)   Since then, discovery has confirmed facts that contradict
the key allegations. Northrop Grumman raised the request herein before Judge Lindsay, who directed that it be made
to Your Honor. (*See* Feb. 4, 2019 Hearing Tr. at 17:6-18:10.)

[2] The sole detections of other substances mentioned in the SAC were at trace levels, far below federal and/or state
regulatory standards (which are well below any level that could cause harm).  (*See* Dkt. No. 68-1 at 6, Attachment 1

**MORRISON | FOERSTER**

The Honorable Judge Denis R. Hurley
March 4, 2019
Page Two

objections, subjecting Northrop Grumman to unnecessary motion practice, and receiving not one but two court Orders, Plaintiffs finally admitted the accuracy of their own test results, which call into question whether this lawsuit should ever have been filed. (*See* Ex. 1, Second Amend. Resp. to RFA No. 1, Feb. 19, 2019.) In short, Plaintiffs admit that their *own* testing contradicts the claim that there are hazardous levels of substances on their properties originating from Northrop Grumman's historical work with the Navy—the allegation at the heart of every claim they assert. Discovery to date, specifically the putative class representative Plaintiffs' written responses to court-ordered fact sheets, reinforces that there was no proper basis for this lawsuit. Those responses confirm that the putative class representatives do not know the substances to which they were allegedly exposed and do not know which substances allegedly caused them harm. (PL-ROM000007, 83, 137, 209, 320, 384, 439, 511, 576, 646, 710, 786, 851, 906.)[3] At most, one Plaintiff states that a doctor told her that her injury "could possibly be related to Grumman" (PL-ROM000144); the other Plaintiffs cannot point to one doctor or other expert who has suggested that their injuries could have been caused by hazardous substances in their community, let alone by contaminants allegedly linked to Northrop Grumman and the Navy that may exist in plumes deep below the surface. (PL-ROM000014, 216, 327, 391, 446, 518, 583, 717, 793, 913.) This absence of facts supporting causation or exposure is not surprising; it confirms what regulators have long concluded—there was and is no off-site public health risk associated with the plumes.[4]

### 2. Plaintiffs Should Be Required to Produce Expert Affidavits on Exposure and Causation Before this Action Proceeds.

In light of the foregoing, the court should enter a "*Lone Pine*" order requiring Plaintiffs to come forward with credible *prima facie* evidence on the causation element of their claims.[5] Courts in

---

to RFA No. 1.) For instance, the maximum concentration of 2-Butanone ("MEK") detected on any property was 280 µg/m3, less than 0.2% of the United States Environmental Protection Agency Screening Level for residential soil vapor of 170,000 µg/m3)—and MEK, in any event, has not been identified by the New York State Department of Environmental Conservation Records of Decision as a constituent of the plumes.

[3] A true and correct copy of relevant excerpts of Plaintiffs' discovery responses is attached hereto as Ex. 2.

[4] *See, e.g.*, Dkt. No. 59-5 (2013 NYSDOH Study) at 9 (no evidence of "unusual patterns of cancer" occurrence in areas of Bethpage where properties—unlike here—actually *did* have elevated levels of potentially hazardous substances); Dkt. No. 59-3 (1995 OU-1 ROD) at BETPARK000032 (explaining why "route of exposure" to potential contaminants had been "ruled out"); Dkt. No. 59-4 (2001 OU-2 ROD) at pp 45-46 (finding "no exposure pathway" offsite and stating "there's absolutely no way for . . . property to be contaminated by groundwater 100 or 200 or 400 feet below . . . ."); Dkt. No. 59-1 (2013 OU-3 ROD) at pp A-10 ("NYSDOH evaluation of data shows that that people in the Bethpage area are not currently being exposed to site related contamination at levels that are expected to result in adverse health effects.").

[5] *Lore v. Lone Pine Corp.*, No. L-33606-85, 1986 WL 637507 (N.J. Super. Ct. Law Div. Nov. 18, 1986).

## MORRISON | FOERSTER

The Honorable Judge Denis R. Hurley
March 4, 2019
Page Three

this Circuit and elsewhere regularly impose such procedures where, as here, it is needed "to protect defendants and the Court from the burdens associated with potentially non-meritorious mass tort claims." *Abbatiello v. Monsanto Co.*, 569 F. Supp. 2d 351, 354 (S.D.N.Y. 2008); *see also Baker v. Anschutz Exploration Corp.*, No. 11-CV-6119 CJS, 2013 WL 3282880 at *3 (W.D.N.Y. June 27, 2013) ("'[t]he basic purpose of a *Lone Pine* order is to identify and cull potentially meritless claims and streamline litigation in complex cases.'") (citation omitted).[6]

As courts have recognized, the burden on plaintiffs of completing a *Lone Pine* process is minimal, as it merely requires each plaintiff to disclose basic "information [that he] should have had before filing" a claim consistent with Rule 11, including "information regarding the nature of his injuries, the circumstances under which he could have been exposed to harmful substances, and the basis for believing that the named defendants were responsible for his injuries." *See, e.g., Acuna v. Brown & Root Inc.*, 200 F.3d 335, 337-8, 340 (5th Cir. 2000). In contrast, the benefit of a *Lone Pine* process is significant, as it serves to cull out frivolous claims, saving the Court and the parties from proceeding with protracted litigation where plaintiffs cannot present basic information central to their claims. *See In re Fosamax Prods. Liab. Litig.*, No. 06 MD 1789 (JFK), 2012 WL 5877418, at *2 (S.D.N.Y. Nov. 20, 2012) (citing *In re Digitek Prod. Liability Litig.*, 264 F.R.D. 249, 256 (S.D.W.Va. 2010) (issuing *Lone Pine* order where there was reason to believe MDL included meritless claims; dismissing 430 of 439 cases)).

Before proceeding further, each named Plaintiff should therefore be required to present: (1) a property-specific expert report that soil or soil vapor on the properties where Plaintiffs reside or resided in Bethpage contains hazardous substances originating from Northrop Grumman/Navy's operations via the groundwater plumes identified in the SAC; and (2) a case-specific expert report that Plaintiffs' injuries were caused by exposure to the hazardous substances identified in the soil or soil vapor on their properties. In light of the abundant pre-suit evidence showing the alleged contamination at the heart of this action does not exist, implementation of a *Lone Pine* process would efficiently streamline this litigation, eliminating what appear to be claims that were meritless when filed. Northrop Grumman is available to confer regarding its proposed motion at the Court's convenience.

---

[6] *See, e.g., Abner v. Hercules, Inc.,* No. 2:14-cv-63-KS-MTP, 2014 WL 5817542, at *5 (S.D. Miss. November 10, 2014) (case lacking specific allegations of contamination and causation was the "classic expansive, time-consuming, and highly expert dependent case that gave birth to the *Lone Pine* case management method.") (internal citations and quotation marks omitted); *Wilcox ex rel. Estate of Wilcox v. Homestake Mining Co.*, No. CIV. 04-534 JC/WDS, 2008 WL 4697013, at *1 (D.N.M. Oct. 23, 2008) (ordering plaintiffs to "produce expert affidavits which make a *prima facie* showing of harmful exposure and specific causation for each injury the particular Plaintiff claims was caused by the Defendants' alleged contamination"), *aff'd*, 619 F.3d 1165 (10th Cir. 2010); *In re 1994 Exxon Chem. Plant Fire Litig.*, No. 94-MS-3-C-1, 2005 WL 6252312, at *1–2 (M.D. La. Apr. 7, 2005) (*Lone Pine* order appropriate where plaintiffs only "broadly alleged that substances were released, [plaintiffs] were exposed to the substances, and they were injured or otherwise suffered damages from the exposure").

**MORRISON | FOERSTER**

The Honorable Judge Denis R. Hurley
March 4, 2019
Page Four

Respectfully submitted,

  /s/ Jessica Kaufman

Jessica Kaufman

cc:     The Honorable Judge Arlene R. Lindsay
        All counsel of record (via ECF)

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ROSALIE ROMANO; PATRICIA GLUECKERT,
individually and on behalf of the Estate of WILLIAM G.          Case No: 16-cv-5760
GLUECKERT; WILLIAM P. GLUECKERT;
FRANCISCO PASTOLERO and MARIA SPICER; JAYNE          HON. DENIS R. HURLEY
MANN; DENISE FLORIO; ROSS MEADOW and
ARLENE MEADOW; JACOB KHOLODNY and BELLA              HON. ARLENE R. LINDSAY
KHOLODNY; FLO RAUCCI, individually and on behalf of
the Estate of SALVATORE RAUCCI; DANIEL
GALLANTE and JENNIFER GALLANTE; and TERESA
MEADE, individually and on behalf of all others similarly
situated; and MARYANN HERBERT; CHRISTINA
ANDREWS-SALES; CHRISTOPHER CAGNA; JACKIE
LIEBERMAN; CATHERINE LEWONKA; EUGENE
CONNOLLY; VIVIIANE BLICKENSDERFER; DANA
BLICKENSDERFER; GLENN FALINO and MARCIA
FALINO; and MICHAEL FALINO, individually,

        *Plaintiffs,*

        *-against -*

NORTHROP GRUMMAN CORPORATION; NORTHROP
GRUMMAN SYSTEMS CORPORATION; and TOWN OF
OYSTER BAY

        *Defendants.*

---------------------------------------------------------------------X

### PLAINTIFFS' SECOND AMENDED RESPONSE TO NORTHROP GRUMMAN CORPORATION'S AND NORTHROP GRUMMAN SYSTEMS CORPORATION'S FIRST REQUEST FOR ADMISSION TO PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 36(a), Plaintiffs, through their undersigned

counsel, pursuant to the Court's Order dated February 4, 2019, hereby amend their Response to

Northrop Grumman Corporation's and Northrop Grumman Systems Corporation's (collectively

"Grumman") First Request for Admission as follows:

**Request:**

Admit that Attachment 1 hereto accurately sets forth certain results of the environmental chemical sampling reported in Exhibit A to your affirmation in Reply filed in *Romano v. Town of Oyster Bay*, No. 601158/17 (N.Y. Sup. Ct. July 21, 2017) (Dkt. No. 34).

**Response:**

1.  Attachment 1 to Grumman's Request for Admission is a one page table, created by Grumman, that selects 10 substances out of a list of about 66 substances (or 73, counting PCBs) tested for during an environmental sampling event conducted at several residential properties in April 2016.

2.  The complete laboratory results of the above sampling event, as reported in "Exhibit A", are part of the record before this Court (*Romano et al. v. Northrop Grumman Corp. et al.*, 2:16-cv-5760-DRH-ARL, Doc. No. 59, Ex. 8), and speak for themselves.

3.  Plaintiffs admit that Grumman's table, Attachment 1, accurately sets forth certain results of the environmental chemical sampling reported in Exhibit A.

Dated:  February 19, 2019
         Melville, New York

                                        **NAPOLI SHKOLNIK PLLC**
                                        *Attorneys for Plaintiffs and the Proposed Class*

                                        By: _____
                                        Lilia Factor, Esq.
                                        360 Lexington Ave., 11th Floor
                                        New York, NY, 10017
                                        Tel: (212) 397-1000
                                        lfactor@napolilaw.com

TO:  Jessica Kaufman, Esq.
     MORRISON & FOERSTER LLP
     250 West 55th Street
     New York, NY 10019
     jkaufman@mofo.com

     Peter F. Tamigi, Esq.
     MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
     1000 Woodbury Rd., Suite 402
     Woodbury, NY 11797
     ptamigi@milbermakris.com

# Exhibit 2

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☑ myself     ☐ a minor  ☐ other, specify_____.

### I.     BACKGROUND

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Arlene Meadow_

_Lilin Foster from Napoli, Shkolnik_

2. Plaintiff's full name:

| Ross | Lawrence | Meadow |
|------|----------|--------|
| First | Middle | Last |

3. Current Address:

_8   Hoover  lane_

| Bethpage | NY | 11714 |
|----------|-----|--------|
| Street Address | | Apt. No. |
| City | State | Zip |

4. Date and place of Birth: ▮▮▮▮▮▮▮▮▮▮▮▮

5. Social Security number: ▮▮▮▮▮▮▮▮▮▮▮▮

6. Maiden name, if any:_____

7. Any other names that you have been known by:

PL-ROM000001

## II.  PROPERTY DAMAGE CLAIMS

19.  Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

$\checkmark$ Yes ___ No

20.  If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

Owner(s)     Ross ( Arlene  Mendow     9 Hoover Lane, Bethpage NY 11714

a.  What do you claim is damaged at this property? (i.e. Soil/water/air):
Soil & water

If you claim a structure is damaged, please state the year the structure was built:

b.  Identify the specific hazardous substance(s) you claim are present at this property? : Volitle Substances

c.  Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? $\checkmark$ Yes ___ No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.
Done by Attorny April 2016

d.  How and when did you first notice or learn of the presence of such Hazardous substances?
Contacted by Attorney Napoli/Sikolnik

e.  Are the Hazardous substances still present on the property today?
$\checkmark$ Yes. ___ No. ___ I do not know.

If no, when did the Hazardous substances cease to be present? _____

f.  Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000007

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30.   Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_____ Yes.   ✓ No. *I Did Not Ask.*

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____

_____

_____

31.   Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

*Don't remember.*

PL-ROM000014

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☒ myself   ☐ a minor ☐ other, specify_____.

### I.   BACKGROUND

1.   State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Bros L. Meadow_ (_Husband_)

_Lilia Factor_ / _Nepali Kolnick_

2.   Plaintiff's full name: _Arlene S. Meadow_

First _____ Middle _____ Last

3.   Current Address: _8 Hoove Lane_

Street Address _Bethpage_ _NY_ _11714_ Apt./No.

City _____ State _____ Zip

4.   Date and place of Birth: _____

5.   Social Security number: _____

6.   Maiden name, if any: _____

7.   Any other names that you have been known by:

PL-ROM000077

## II. PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

    ✗ Yes __ No

20. If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

Owner(s) _Ross + Arlene Meadow    3 Hoover Lane   Bethpage M(___

a. What do you claim is damaged at this property? (i.e. Soil/water/air):
   _Soil + water_____

   If you claim a structure is damaged, please state the year the structure was built:
   _____

b. Identify the specific hazardous substance(s) you claim are present at this property? : _Soil was tested + Volatile_
   _chemicals were found_____

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? ✗ Yes ___No ___ I do not know

   If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.
   _done by attny   4/16_____
   _____

d. How and when did you first notice or learn of the presence of such Hazardous substances?
   _when contacted by attny.   napoli/shka/nick)_

e. Are the Hazardous substances still present on the property today?
   ✗ Yes. ___ No. ___ I do not know.

   If no, when did the Hazardous substances cease to be present?_____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000083

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☒ myself    ❑ a minor ❑ other, specify_____.

### I.    BACKGROUND

1.    State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Lilia   factor_

_Napoli   Shkolnik_

2.    Plaintiff's full name:

_Denise_      _Marie_      _Florio_
First            Middle              Last

3.    Current Address:

_15   N. Robert Damm ST_
Street Address                          Apt. No.

_Bethpage_   _ny_   _11714_
City                     State                Zip

4.    Date and place of Birth

5.    Social Security number

6.    Maiden name, if any:_____

7.    Any other names that you have been known by:

_NO_

PL-ROM000132

## II. PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

   __ Yes __ No

20. If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

15 N Robert Damm St

Owner(s) Bethpage ny 11714

a. What do you claim is damaged at this property? (i.e. Soil/water/air):
   Soil, water, air

   If you claim a structure is damaged, please state the year the structure was built:
   N/A

b. Identify the specific hazardous substance(s) you claim are present at this property?: Don't remember

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? __✓ Yes __ No __ I do not know

   If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.
   April 2016 testing
   Summer 2018 testing Radon (attached)

d. How and when did you first notice or learn of the presence of such Hazardous substances?
   I learned about Grumann & the plume from meetings, community

e. Are the Hazardous substances still present on the property today?
   __✓ Yes. __ No. __ I do not know.

   If no, when did the Hazardous substances cease to be present?_____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

|  |  |  |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_✓_ Yes. ____ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

Dr. Citron Said it (breast cancer) could possibly be related to Erivmann

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

Approx. $3,000

PL-ROM000144

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☒ myself      ☐ a minor ☐ other, specify_____ .

### I.   BACKGROUND

1.   State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Lilia Factor, Esq   Napoli Shkolnik_

2.   Plaintiff's full name:

_Rosalie_     _Romano_

First                          Middle                          Last

3.   Current Address:

_68 Sherman Av_

Street Address

_Bumaege_     _NY_     Apt. No. _11714_

City                          State                          Zip

4.   Date and place of Birth: 

5.   Social Security number: 

6.   Maiden name, if any: ___

7.   Any other names that you have been known by:

_NO_

## II. PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

X Yes __ No

20. If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

Owner(s) _68 Sherman Av. Bethpage NY 11714_
_Erin Coyle Roselie Romano_

a. What do you claim is damaged at this property? (i.e. Soil/water/air):
ALL OF THE ABOVE

If you claim a structure is damaged, please state the year the structure was built:
N/A

b. Identify the specific hazardous substance(s) you claim are present at this property? : Not Sure

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? X Yes ____No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.

d. How and when did you first notice or learn of the presence of such Hazardous substances?
At this property - 4/2016,

e. Are the Hazardous substances still present on the property today?
X Yes. ____ No. ____ I do not know.

If no, when did the Hazardous substances cease to be present?_____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000209

| Dr. Michael (Nemiroff) | 600 Northern Blvd Great Neck NY | 2003? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_____ Yes. ✗ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____

_____

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

I don't know

PL-ROM000216

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☑ myself ☐ a minor ☐ other, specify_____.

## I. BACKGROUND

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_____

_____

_Jennifer_  2.  Plaintiff's full name:

First — _M._ Middle — _Gallante_ Last

3. Current Address:

_17 Keats Court_

Street Address _____ Apt. No.

_Bethpreae_ _NY_ _11714_

City — State — Zip

4. Date and place of Birth: ████████

5. Social Security number: ████████

6. Maiden name, if any: ████████

7. Any other names that you have been known by:

_____

PL-ROM000315

## II. PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

Yes ☑ No

20. If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

11 Keats Ct

Owner(s) ___Bethpage, NY 11714___

a. What do you claim is damaged at this property? (i.e. Soil/water/air):
___Soil, Water, air___

If you claim a structure is damaged, please state the year the structure was built:
_____

b. Identify the specific hazardous substance(s) you claim are present at this property? : ___Volatile Chemicals used by numman, VOC's___

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? ☑ Yes ___No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.
___April 2016 - Soil___     ___never saw results___
___Laurel Environment___

d. How and when did you first notice or learn of the presence of such Hazardous substances?
___right after the property was tested.___

e. Are the Hazardous substances still present on the property today?
☑ Yes. ___ No. ___ I do not know.

If no, when did the Hazardous substances cease to be present?_____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

ny-1342650

PL-ROM000320

| | | |
|---|---|---|
| Dr. Mehsen Mansouri, Plainview Hosp.tal | 25 Central Park Rd Plainview, NY | 2013 |
| Dr. Ko Ka-gynocologist | 8 Seitz Bethpage | 1990's - 2017 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30.  Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_____ Yes.  ✓ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____

_____

_____

31.  Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

_____

PL-ROM000327

## **PLAINTIFF FACT SHEET**

I am completing this Fact Sheet on behalf of:

☑ myself    ❑ a minor ❑ other, specify_____.

### I.    **BACKGROUND**

1.   State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_____

_____

2.   Plaintiff's full name:

*Daniel*          *E.*          *Gallante*
First                 Middle                Last

3.   Current Address:

*in Keats Ct.*
Street Address

*Bethpage*     *NY*                    Apt. No. *11714*
City                    State                              Zip

4.   Date and place of Birth: ▮▮▮▮▮▮▮▮

5.   Social Security number: ▮▮▮▮▮▮▮▮

6.   Maiden name, if any:_____

7.   Any other names that you have been known by:

_____

PL-ROM000379

## II.     PROPERTY DAMAGE CLAIMS

19.     Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

√ Yes ___ No

20.     If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

17 Keats Ct

Owner(s)     Bethpage, NY 11714

a.      What do you claim is damaged at this property? (i.e. Soil/water/air):

Soil, Water, air

If you claim a structure is damaged, please state the year the structure was built:

b.      Identify the specific hazardous substance(s) you claim are present at this property? : Volatile Compound Chemicals used by Grumman

c.      Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? √ Yes ___ No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.

April 2016 - Soil *never saw results Laurel Environment

d.      How and when did you first notice or learn of the presence of such Hazardous substances?

right after property was tested

e.      Are the Hazardous substances still present on the property today?

√ Yes. ___ No. ___ I do not know.

If no, when did the Hazardous substances cease to be present?_____

f.      Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000384

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_____ Yes. _____ No. I don't remember

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____

_____

_____

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

13

PL-ROM000391

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☒ myself  ☐ a minor ☐ other, specify_____.

### I. BACKGROUND

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

Michelle Greene (Napoli.)

_____

2. Plaintiff's full name:

Jayne                    Theresa                   Mann
First                    Middle                    Last

3. Current Address:
40 Martin Road South
Street Address
Bethpage            NY              Apt. No.
City                State                    11714
                                             Zip

4. Date and place of Birth: █████████████

5. Social Security number: █████████████

6. Maiden name, if any: █████████████

7. Any other names that you have been known by:
N/A

1

PL-ROM000433

## II.    PROPERTY DAMAGE CLAIMS

19.    Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

X Yes __ No

20.    If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

40 Martin Road South, Bethpage NY 11714

Owner(s)    Jayne Mann + Justin Mann

a.    What do you claim is damaged at this property? (i.e. Soil/water/air):

Soil and water

If you claim a structure is damaged, please state the year the structure was built:

b.    Identify the specific hazardous substance(s) you claim are present at this property? :

c.    Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present?  X Yes ___No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016.  If you do not have the test results, please describe them to the best of your ability.

d.    How and when did you first notice or learn of the presence of such Hazardous substances?

e.    Are the Hazardous substances still present on the property today?
X Yes. ___ No. ___ I do not know.

If no, when did the Hazardous substances cease to be present?_____

f.    Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

6

PL-ROM000439

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30.     Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_____ Yes. ☒ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____

_____

31.     Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

13

ny-1342650

PL-ROM000446

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☑ myself     ☐ a minor ☐ other, specify_____.

## I.   BACKGROUND

1.   State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

*Lilia Tactor Esq.*

*NaplisShoenik PLLC*

2.   Plaintiff's full name:

| *Bella* | | *KHOLODNY* |
|---|---|---|
| First | Middle | Last |

3.   Current Address:

*7 ceil Place*

| *Bethpage* | | *NY* | Apt. No. *11714* |
|---|---|---|---|
| City | | State | Zip |

4.   Date and place of Birth: ▮▮▮▮▮▮▮▮

5.   Social Security number: ▮▮▮▮▮▮▮▮

6.   Maiden name, if any:___ ▮▮▮▮▮▮▮▮

7.   Any other names that you have been known by:

*Berta*

PL-ROM000505

## II.    PROPERTY DAMAGE CLAIMS

19.    Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

√ Yes __ No

20.    If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

7  ceil  PL  Bethpage  NY  11714

Owner(s)    Tacob,  BellA,  Alexander.
                                              KHolodny

a.    What do you claim is damaged at this property? (i.e. Soil/water/air):
Soil, wAter/air.

If you claim a structure is damaged, please state the year the structure was built:

b.    Identify the specific hazardous substance(s) you claim are present at this property? : _1_ dont  NO

c.    Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? √ Yes ___No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and provide a copy of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.
We only had testing in April 2016

d.    How and when did you first notice or learn of the presence of such Hazardous substances?
i dont Remember

e.    Are the Hazardous substances still present on the property today?
____Yes. ____ No. ___ I do not know.
If no, when did the Hazardous substances cease to be present?_____

f.    Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000511

| | | |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

_____ Yes. __✓__ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told:

Dr. Filardi, just said that a lot of people in Bethpage have cancer

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

Copays For doctoR visit and operations

ny-1342650

PL-ROM000518

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☑ myself     ☐ a minor  ☐ other, specify _____ .

### I.     BACKGROUND

1.    State the name, address, telephone number, and relationship to you of each other person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Lilia Factor, Esq._

_Napoli Shkolnik, PLLC_

2.    Plaintiff's full name:

_Jacob_                                             _Kholodny_

First                           Middle                              Last

3.    Current Address:

_7 Ceil Place_

Street Address                                                   Apt. No.

_Bethpage_          _NY_                    _1171 4_

City                              State                                  Zip

4.    Date and place of Birth: ▊▊▊▊▊▊▊

5.    Social Security number: ▊▊▊▊▊▊▊

6.    Maiden name, if any: _____

7.    Any other names that you have been known by:

PL-ROM000571

## II. PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

✓ Yes ___ No

20. If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

_7 Ceil Place Bethpage_

Owner(s) _Jacob, Bella, and Alexander Kholodny_

a. What do you claim is damaged at this property? (i.e. Soil/water/air):

_soil, water, and air_

If you claim a structure is damaged, please state the year the structure was built:

b. Identify the specific hazardous substance(s) you claim are present at this property? : _____

_I don't Know._

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? ✓ Yes ___ No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.

_We only had testing in April 2016._

d. How and when did you first notice or learn of the presence of such Hazardous substances?

_I don't remember_

e. Are the Hazardous substances still present on the property today?

___ Yes. ___ No. ( I do not know. )

If no, when did the Hazardous substances cease to be present? _____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

✓ Yes. ____ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: ____

Kidney cancer, Dr. Kavoussi said that a lot of people in Bethpage have cancer.

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

Copays for doctors visits and operations

PL-ROM000583

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☒ myself    ❑ a minor ❑ other, specify_____.

### I. BACKGROUND

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

Lilia Factor from Napoli Shkolnik

William P. Glueckert

2. Plaintiff's full name:

Patricia        Glueckert

First             Middle            Last

3. Current Address:

3 Kay Ave

Street Address                  Apt. No.

Bethpage    N.Y.       11714

City             State                Zip

4. Date and place of Birth: ███████

5. Social Security number: ███████

6. Maiden name, if any: ___████

7. Any other names that you have been known by:

Pat

PL-ROM000640

## II.   PROPERTY DAMAGE CLAIMS

19.   Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

X Yes __ No

20.   If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

_3 Kay Ave Bethpage N.Y. 11714_

Owner(s)  _Patricia Gluckert, (was co owner with deceased spouse William Gluecker)_

a.   What do you claim is damaged at this property? (i.e. Soil/water/air): _Soil, water, air, gardens, plants, grass_

If you claim a structure is damaged, please state the year the structure was built:

b.   Identify the specific hazardous substance(s) you claim are present at this property? :  _Don't Know_

c.   Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present?  X Yes ___ No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.

d.   How and when did you first notice or learn of the presence of such Hazardous substances?  _Don't remember_

e.   Are the Hazardous substances still present on the property today?
X Yes. ___ No. ___ I do not know.

If no, when did the Hazardous substances cease to be present?_____

f.   Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000646

Li

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☒ myself     ❑ a minor  ❑ other, specify_____.

## I. BACKGROUND

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

Lilia Factor from Napoli Shkolnik

2. Plaintiff's full name:

William          Patrick          Glueckert
First             Middle            Last

3. Current Address:

10 Lanadon Rd

Street Address
Farmingdale          NY          Apt. No. 11735
City                  State                       Zip

4. Date and place of Birth: _____

5. Social Security number: _____

6. Maiden name, if any: _____

7. Any other names that you have been known by:

Bill, Billy _____

PL-ROM000704

## II. PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

    X Yes __ No

20. If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

_3 Kay Ave, Bethpage, NY 11714_

Owner(s) _William G. & Patricia Gluecekert_

a. What do you claim is damaged at this property? (i.e. Soil/water/air):
   _Soil, Water, Air, Gardens, Plants, Grass_

   If you claim a structure is damaged, please state the year the structure was built:

b. Identify the specific hazardous substance(s) you claim are present at this property? : _Don't Know_

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? X Yes ___ No ___ I do not know

   If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.

d. How and when did you first notice or learn of the presence of such Hazardous substances?
   _After Being Diagnosed with Brain Tumor, July 2013_

e. Are the Hazardous substances still present on the property today?
   X Yes. ___ No. ___ I do not know.

   If no, when did the Hazardous substances cease to be present?_____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000710

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

$\times$ Yes. _____ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

Brain Tumor, Epilepsy

_____

Don't Remember Specifically who stated that.

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

Out of Pocket & Deductible Amount From 2013 - present (th6000 per year)

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

❑ myself   ❑ a minor ☒ other, specify _as Executrix of the Estate of William G, Glueckert_

I.   **BACKGROUND**

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Lilia Factor from Napoli SKKolnik_
_William P Glueckert_

2. Plaintiff's full name:

_William_ ___ _G,_ ___ _Glueckert_
First _____ Middle _____ Last
_Deceased_

3. Current Address:
_3 Kay Ave_
_Bethpage_ _____ _N.Y._ _____ Apt. No. _714_
City _____ State _____ Zip

4. Date and place of Birth: ▮▮▮▮▮▮▮

5. Social Security number: ▮▮▮▮▮▮▮

6. Maiden name, if any: _____

7. Any other names that you have been known by:
_Bill_

PL-ROM000781

## II.  PROPERTY DAMAGE CLAIMS

19. Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

    ☒ Yes ___ No

20. If Yes, please state the address of each property that you claim has been damaged: 3 Kay Ave Bethpage N.Y.

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

Owner(s) _William G Glueckert   deceased_
_Patrizia Glueckert_

a. What do you claim is damaged at this property? (i.e. Soil/water/air):
   _Soil, water, air_

   If you claim a structure is damaged, please state the year the structure was built:
   _____

b. Identify the specific hazardous substance(s) you claim are present at this property? : _don't Know_
   _____

c. Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? ☒ Yes ___ No ___ I do not know

   If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.
   _____
   _____

d. How and when did you first notice or learn of the presence of such Hazardous substances?
   _Don't recall_

e. Are the Hazardous substances still present on the property today?
   ☒ Yes. ___ No. ___ I do not know.

   If no, when did the Hazardous substances cease to be present? _____

f. Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

6

PL-ROM000786

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30.   Have you ever been told by any Medical Practitioners that any of the <u>physical</u> injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

     Yes.   X  No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____

_____

31.   Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

_____

PL-ROM000793

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

☐ myself ☐ a minor ☑ other, specify _Florence Raucci_.

### I. BACKGROUND

1. State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Lilia Factor, Esq._
_Napoli Shkolnik, PLLC_

2. Plaintiff's full name:

_Florence_ _____ _Raucci_
First            Middle            Last

3. Current Address:
_19 Virginia La_
Street Address          Apt. No.
_Bethpage_, _NY_          _11714_
City          State          Zip

4. Date and place of Birth: ▮▮▮▮▮▮▮

5. Social Security number: ▮▮▮▮▮

6. Maiden name, if any: ▮▮▮▮▮

7. Any other names that you have been known by:
_Flo_

## II.    PROPERTY DAMAGE CLAIMS

19.    Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

✓ Yes __ No

20.    If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

_19 Virginia La_

Owner(s)    _Raucci, Florence and Salvatore_

a.    What do you claim is damaged at this property? (i.e. Soil/water/air):

_All of the above_

If you claim a structure is damaged, please state the year the structure was built:

b.    Identify the specific hazardous substance(s) you claim are present at this property? : _don't know_

c.    Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? ✓ Yes ___ No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that ~~you or your~~ attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best ~~of your ability.~~

d.    How and when did you first notice or learn of the presence of such Hazardous substances?

_Upon getting the test results in April 2016_

e.    Are the Hazardous substances still present on the property today?

✓ Yes. ___ No. ___ I do not know.

If no, when did the Hazardous substances cease to be present?_____

f.    Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000851

## PLAINTIFF FACT SHEET

I am completing this Fact Sheet on behalf of:

□ myself      □ a minor ☑ other, specify _Estate of Salvatore Raucci_

### I.   BACKGROUND

1.   State the name, address, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to this Fact Sheet. (*Do not identify anyone who simply typed or reproduced the responses.*)

_Lilia Factor Esq._

_Napoli Shkolnick, PLLC_

2.   Plaintiff's full name:

_Salvatore_ _____ _Raucci (deceased)_
First              Middle              Last

3.   Current Address:

_19 Virginia La._
Street Address                            Apt. No.

_Bethpage_  /  _NY_  /  _11714_
City                State                        Zip

4.   Date and place of Birth: ▮▮▮▮▮▮

5.   Social Security number: ▮▮▮▮▮▮

6.   Maiden name, if any: _____

7.   Any other names that you have been known by:

PL-ROM000900

## II.  PROPERTY DAMAGE CLAIMS

19.  Are you claiming in this lawsuit that any of your real property (for example, land, building, house) has been damaged by Hazardous substances or any of the defendants?

✓ Yes ___ No

20.  If Yes, please state the address of each property that you claim has been damaged:

PARCEL 1 (if you claim injury to more than one parcel of property, please provide additional pages to complete your response.)

_19 Virginia Lane, Bethpage, NY_

Owner(s) _Salvatore and Florence_

a.  What do you claim is damaged at this property? (i.e. Soil/water/air):
_all of the above_

If you claim a structure is damaged, please state the year the structure was built:

b.  Identify the specific hazardous substance(s) you claim are present at this property? : _don't know_

c.  Has the soil, groundwater or air at this property ever been tested to discover whether Hazardous substances are present? ✓ Yes ___ No ___ I do not know

If yes, please state what was tested (i.e. soil, water, air), the date(s) of the test(s), who did the testing, and **provide a copy** of all results for each of the tests that were performed that you or your attorneys, representatives or agents have, except for testing done in April 2016. If you do not have the test results, please describe them to the best of your ability.

d.  How and when did you first notice or learn of the presence of such Hazardous substances?
_Upon getting the test results in April 2016_

e.  Are the Hazardous substances still present on the property today?
✓ Yes. ___ No. ___ I do not know.
If no, when did the Hazardous substances cease to be present?_____

f.  Have you engaged in any investigation of Hazardous substances or removal or remedial action at this property?

PL-ROM000906

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please also provide an authorization to obtain medical records in the form provided at Exhibit E for each Medical Practitioner or Medical Treatment Facility identified.**

**Please also provide an authorization to obtain medical insurance records in the form provided at Exhibit F for each insurer to whom you submitted a claim with respect to any of the specified conditions or injuries.**

30. Have you ever been told by any Medical Practitioners that any of the physical injuries, illnesses or conditions for which you are seeking damages in this lawsuit may have been caused, in whole or in part, by any of the defendants or by Hazardous substances for which you seek to recover damages in this lawsuit?

     ____ Yes. √ No.

If yes, please state which condition you were told may have been caused, in whole or in part, by any of the defendants or Hazardous substances and identify the Medical Practitioner who told you this and the date on which you were told: _____

_____
_____
_____

31. Please identify all current expenses incurred, such as any medical expenses, including all out-of-pocket expenses which you contend are related to any injury caused by your exposure to Hazardous substances as alleged in the Second Amended Complaint, including the total amount of such expenses at this time.

PL-ROM000913